■ In the Matter of KAUFMANN, ALSBERG & Co. et al., Respondents, v. H. L. GREEN COMPANY, INC., Appellant.—

Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.